UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Dakotans for Health, Rick Weiland, and and Adam Weiland,<br><br>Plaintiffs,<br><br>v.<br><br>Bob Ewing, Brandon Flanagan, Randy Deibert, Richard Sleep, and Eric Jennings, Lawrence County Commissioners, all sued in their official capacities,<br><br>Defendants. | Civ. 5:23-cv-5042 |

**Complaint for Temporary Restraining Order,
Preliminary Injunction, and Permanent Injunction
Restraining Defendants from Enforcing or Threatening to Enforce
<u>Their Political Activity Policy</u>**

## Parties

1. Dakotans for Health is a South Dakota ballot question committee and a healthcare advocacy network dedicated to improving healthcare and health outcomes.

2. Rick Weiland is Chair of Dakotans for Health.

3. Adam Weiland works for Dakotans for Health, and with Rick Weiland, manages Dakotans for Health.

4. Bob Ewing, Brandon Flanagan, Randy Deibert, Richard Sleep, and Eric Jennings are the Lawrence County Commissioners, and are sued in their official capacities.

## Jurisdiction

5. This action is brought pursuant to 42 U.S.C. § 1983. This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(3).

## Facts

6. The right to petition government for a redress of grievances is perhaps the most fundamental American freedom.

7. Just in the past nine years, and despite the opposition of South Dakota's dominant political party, citizens have used the initiative process to enact new laws

on patient choice of health care provider (Initiated Measure 17 in 2014), the minimum hourly wage (Initiated Measure 18 in 2014), victims' rights (Constitutional Amendment S in 2016), predatory lending (Initiated Measure 21 in 2016), campaign finance and lobbying (Initiated Measure 22 in 2016), recreational marijuana (Constitutional Amendment A in 2020), medical marijuana (Initiated Measure 26 in 2020), and Medicaid expansion (Constitutional Amendment D in 2022).

8.   Plaintiffs engage in core First Amendment activities seeking political change, including petition circulation to place initiated measures on the ballot, and political action to pass those measures.

9.   Plaintiffs drafted and are now, through their agents and employees, circulating petitions that seek to place initiated measures on the November 2024 ballot that would allow the people of South Dakota to choose to restore their *Roe v. Wade* rights, and to eliminate the state sales tax on food.

10.  Plaintiffs use volunteer and paid circulators to circulate petitions to obtain signatures needed to qualify these measures for the ballot.

11.  For the November 2024 election, 35,017 signatures are needed to place the *Roe v. Wade* initiated constitutional amendment on the ballot, and 17,509

signatures are needed to place the initiated law to eliminate the state sales tax on food on the ballot.

12. More voters use the Lawrence County Courthouse and Administrative Annex Building than any other public building in Lawrence County.

13. The Lawrence County Courthouse and Administrative Annex Building are excellent locations at which to collect signatures to place an initiated measure on the ballot.

14. Petition circulators for Dakotans for Health have collected signatures at or near the Lawrence County Courthouse and Administrative Annex Building.

15. The Lawrence County Political Activity Policy requires petition circulators to abide by it while they circulate petitions on what it terms the "Lawrence County campus," which includes the Administrative Annex Building and the Courthouse. A copy is attached as Exhibit 1.

16. The Political Activity Policy prohibits petition circulation on the entire campus except in "the plaza area located between the Lawrence County Administrative Annex Building and the Lawrence County Courthouse."

17. Exhibit 2 is a Google Maps overhead photograph. The Lawrence County Administrative Annex Building is labeled "Lawrence County Treasurer."

The Administrative Annex Building includes the offices of the County Treasurer, Auditor, Commissioners, Public Assistance, Equalization, Planning and Zoning, Register of Deeds, Computer Department, States Attorney, and Public Defender. Exhibit 3.

18. On Exhibit 2, three wavy multicolored lines have been added to show the two sidewalks that lead to the main entrance to the Administrative Annex Building, and the general path by which people who park in the public lot in front of the main entrance would travel to get to the main entrance. The circles on the other side of the building show the plaza area to which Lawrence County confines petition circulators.

19. Exhibit 4 shows the sidewalk in front of the main entrance to the Administrative Annex Building.

20. Exhibit 5 is minutes of the Lawrence County Commission meeting on March 10, 2020, when the Political Activity Policy was adopted.

21. Exhibit 6 is the Pennington County Petition Circulator Code of Conduct.

### Cause of Action—
### Unconstitutional Restriction of Core Political Speech

22. Everything above is incorporated here by this reference.

23. Sidewalks and other public areas surrounding a government building are traditional public forums for political speech.

24. Lawrence County's Political Activity Policy prohibits petition circulation in and on *all* sidewalks in front of the Administrative Annex Building, and on all areas on the rest of the campus except for one small, out-of-the-way area where it is allowed.

25. Allowing petition circulation in that small area does not and cannot justify prohibiting petition circulation everywhere else.

26. The small area where petition circulation is allowed is an inadequate location for petition circulators to solicit petition signatures, especially when compared with all the areas in which solicitation is prohibited.

27. Petition circulation requires encountering potential signers, discussing the issue with them, and attempting to persuade them to sign a petition, all of which defendants' policy makes substantially harder.

28. Everything that makes petition circulation harder makes it more costly, and makes it less likely that a particular petition will receive enough signatures to qualify for the ballot and thereby give voters a chance to accept or reject it.

29.     The Political Activity Policy unconstitutionally restricts plaintiffs' right to engage in core political speech, and unconstitutionally impairs plaintiffs' efforts to obtain enough signatures to qualify the *Roe v. Wade* and food sales tax petitions for the ballot, in violation of the First Amendment.

## Request for Relief

Plaintiffs request this Court grant:

1.     A temporary restraining order, a preliminary injunction, and a permanent injunction restraining defendants from enforcing or threatening to enforce their policy;

2.     Attorney fees and costs pursuant to 42 U.S.C. § 1988; and

3.     Such other and further relief as the Court deems just.

Dated: June 20, 2023         /s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dakotans for Health, Rick Weiland, and Adam Weiland

**DEFENDANTS**
Bob Ewing, Brandon Flanagan, et al, Lawrence Co. Commissioners, in their official capacities

**(b)** County of Residence of First Listed Plaintiff: **Minnehaha**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James D. Leach/Attorney/1617 Sheridan Lake Rd/605 341 4400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| | | | 863 DIWC/DIWW (405(g)) | |
| | | | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | 448 Education / 550 Civil Rights | | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983

Brief description of cause:
First Amendment violation by restriction of petition circulation rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Hon. Roberto Lange
DOCKET NUMBER: 23-CV-4075-RAL

DATE: Jun 20, 2023

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____