UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Dakotans for Health, Rick Weiland, and Adam Weiland, <br><br>       Plaintiffs, <br><br> v. <br><br> Bob Ewing, Brandon Flanagan, Randy Deibert, Richard Sleep, and Eric Jennings, Lawrence County Commissioners, all sued in their official capacities, <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civ. 23-5042 |

**Memorandum in Support of
Plaintiffs' Motion to Dismiss All Issues
<u>Without Prejudice—Except Attorney Fees and Costs—as Moot</u>**

A moot case must be dismissed because it is no longer a case or controversy. *Iron Arrow Honor Society v. Heckler*, 464 U.S. 67, 70 (1983). Everything in this case, except whether plaintiffs are entitled to attorney fees and costs, is moot. A dismissal as moot is not on the merits and accordingly is without prejudice. *Malkowski v. Gonzalez*, 2009 U.S. Dist. Lexis 46465 * 3-4, 2009 WL 1578816 (E. D. Mo.).

Dated: November 3, 2023  Respectfully submitted,

  /s/ James D. Leach
  James D. Leach
  Attorney at Law
  1617 Sheridan Lake Rd.
  Rapid City, SD 57702
  (605) 341-4400 tel
  jim@southdakotajustice.com
  Attorney for Plaintiffs

### Certificate of Service

I certify that on November 3, 2023, I filed this document electronically, causing it to be automatically served on defendants.

  /s/ James D. Leach
  James D. Leach