UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DAKOTANS FOR HEALTH, RICK WEILAND, ADAM WEILAND,<br><br>Plaintiffs,<br><br>vs.<br><br>BOB EWING, IN OFFICIAL CAPACITY; BRANDON FLANAGAN, IN OFFICIAL CAPACITY; RANDY DEIBERT, IN OFFICIAL CAPACITY; RICHARD SLEEP, IN OFFICIAL CAPACITY; ERIC JENNINGS, IN OFFICIAL CAPACITY; AND LAWRENCE COUNTY COMMISSIONERS, IN OFFICIAL CAPACITY;<br><br>Defendants. | 5:23-CV-05042-RAL<br><br>ORDER SETTING HEARING |

Having consulted with the parties, it is

ORDERED that a hearing on the motion for attorney's fees is set for 11:00 a.m. Mountain Time on July 3, 2024, at the Rapid City Federal Courthouse.

DATED this 24th day of June, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE