# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Roberto A. Lange United States Chief Judge Presiding

| Courtroom Deputy - DJP | Court Reporter – Carla Dedula via video |
|---|---|
| Courtroom - RC #1 | Date – July 3, 2024 |

### 5:23-cv-5042-RAL

| | |
|---|---|
| DAKOTANS FOR HEALTH<br>RICK WEILAND, ADAM WEILAND<br><br>Plaintiffs.<br><br>vs.<br><br>BOB EWING, BRANDON FLANAGAN,<br>RANDY DEIBERT, RICHARD SLEEP,<br>ERIC JENNINGS, LAWRENCE COUNTY<br>COMMISSIONERS<br><br>Defendants. | James D. Leach<br><br><br><br><br><br>Richard M. Williams |

TIME HEARING SCHEDULED TO BEGIN: 11:00 AM

<u>TIME:</u>

11:00 AM   Enter Motion hearing re: [29] Motion for Attorney fees and costs.

　　　　　　  Statements by the Court.

　　　　　　  Mr. Leach and Mr. Williams make argument re the Motion.

　　　　　　  The Court will enter a written decision.

11:45 AM   Court in recess.