UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| DAKOTANS FOR HEALTH, RICK WEILAND, and ADAM WEILAND, | ) ) ) | Case No. 5:23-cv-05042 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **NOTICE OF APPEAL** |
| BOB EWING, BRANDON FLANAGAN, RANDY DEIBERT, RICHARD SLEEP, and ERIC JENNINGS, Lawrence County Commissioners, all sued in their official capacities, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**TO:   DAKOTANS FOR HEALTH, RICK WEILAND, ADAM WEILAND, and their attorney of record JAMES D. LEACH:**

Notice is hereby given that Defendants Bob Ewing, Brandon Flanagan, Randy Deibert, Richard Sleep, and Eric Jennings, Lawrence County Commissioners sued in their official capacity, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order Granting Motion for Attorney's Fees (Doc. 41) and Judgment (Doc. 42) entered on July 10, 2024 by the Honorable Roberto A. Lange in the United States District Court, District of South Dakota.

Dated: August 7, 2024.    GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By:  */s/ Richard M. Williams*
Richard M. Williams
*Attorneys for Defendants*
P.O. Box 8045
Rapid City, SD 57709
Telephone: (605) 342-1078
Fax: (605) 342-9503
E-mail: rwilliams@gpna.com

1