# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2624

Dakotans for Health, et al.

Appellees

v.

Bob Ewing, In official capacity, et al.

Appellants

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:23-cv-05042-RAL)

---

**ORDER**

The appellees' unopposed Motion to Reverse and Remand with Instructions is granted.

Appellants' motion to file the response out of time is granted.

April 28, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler