UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DAKOTANS FOR HEALTH, RICK WEILAND, ADAM WEILAND,<br><br>Plaintiffs,<br><br>vs.<br><br>BOB EWING, IN OFFICIAL CAPACITY; BRANDON FLANAGAN, IN OFFICIAL CAPACITY; RANDY DEIBERT, IN OFFICIAL CAPACITY; RICHARD SLEEP, IN OFFICIAL CAPACITY; ERIC JENNINGS, IN OFFICIAL CAPACITY; AND LAWRENCE COUNTY COMMISSIONERS, IN OFFICIAL CAPACITY;<br><br>Defendants. | 5:23-CV-05042-RAL<br><br>ORDER DISMISSING MOTION FOR ATTORNEY FEES AND COSTS |

The United States Court of Appeals for the Eighth Circuit has issued a judgment, Doc. 48, remanding and stating "the district court is directed to dismiss appellees' [plaintiffs'] Motion for Attorneys' Fees and Costs with prejudice." Usually a court denies a motion, rather than dismissing it, but consistent with the Eighth Circuit's direction, it is

ORDERED that Plaintiffs' Motion for Attorney Fees and Costs, Doc. 29, is dismissed with prejudice.

DATED this 29th day of April, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE