# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2624

Dakotans for Health, et al.

Appellees

v.

Bob Ewing, In official capacity, et al.

Appellants

___

Appeal from U.S. District Court for the District of South Dakota - Western
(5:23-cv-05042-RAL)

___

**MANDATE**

In accordance with the judgment of April 28, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 21, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit